# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>KENNETH RONEL COLEMAN<br>    Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Allegations in the Petition (evading)
- Submission to Detention
- Criminal History
- History of Substance Abuse

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Allegations in the Petition (Absconding)
- Poor Performance on Supervision

IT IS ORDERED that defendant be detained.

DATED: 1/30/24

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE